AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Carlos Ernesto AGUILAR-Victorino<br>XXX XXX 011<br><br>*Defendant(s)* | Case No. SA-22-MJ-00257 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February 17, 2022** in the county of **Bexar** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) & (b)(1) | Illegal Reentry<br><br>Penalties: Maximum Penalties: 10 years confinement, $250,000 Fine or Both; 3 years supervised release, $100 mandatory special assessment. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

*Complainant's signature*

Santiago Velazquez, Deportation Officer
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☐ Sworn to telephonically and signed electronically.

Date: February 18, 2022

*Judge's signature*

City and state: San Antonio, Texas    Honorable Richard B. Farrer, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT

Being duly sworn, I declare that the following is true and correct to the best of my knowledge:

My name is Santiago Velazquez, and I am a deportation officer with Immigration and Customs Enforcement ("ICE")/Enforcement Removal Operations ("ERO"), with whom I have been employed since October 15, 2007. I am authorized by the United States Department of Homeland Security to enforce the Immigration Laws and Regulations of the United States, or any other Laws or Regulations designated by the Attorney General or his successor, the Secretary of the Department of Homeland Security.

On February 17, 2022, Carlos Ernesto AGUILAR-Victorino (hereafter "AGUILAR"), was encountered at the Bexar County Jail in San Antonio, Texas, which is located within the Western District of Texas, after his arrest for "theft of property $30k-$150k". ICE/ERO officers conducted immigration history and criminal history inquiries and determined AGUILAR to be an alien illegally present within the United States and who had been previously removed from the United States. An immigration detainer was lodged against AGUILAR. On February 18, 2022, AGUILAR was released from the Bexar County Jail and turned over to the custody of ICE/ERO. AGUILAR was subsequently transported to the ICE/ERO San Antonio office for processing.

At the ICE/ERO office, AGUILAR's fingerprints were enrolled and submitted through immigration and FBI databases, which verified his identity. Immigration and FBI database checks revealed that AGUILAR is a citizen or national of Mexico with assigned Alien Registration Number A-XXX-XXX-011. A review of A-XXX-XXX-011 in the Enforce Alien Removal Module ("EARM"), a Department of Homeland Security database, revealed that AGUILAR is an alien who was removed from the United States to Mexico on or about August 14, 2019. Immigration databases also revealed that AGUILAR has not been granted permission to reapply for admission from the Attorney General of the United States, or his successor, after his removal.

Record checks indicate that on August 13, 2019, AGUILAR was convicted in the US District Court Western District of Texas, Case No. 5:19-CR-00453-XR (1) for the offense of 8 U.S.C. § 1326(a) Illegal Re-Entry into the United States for which he received a sentence of time served resulting in eighty-two days confinement.

On February 18, 2022, the defendant was informed of his right to a consular notification and was provided an opportunity to call the Consulate General of Mexico upon his arrest. On February 18, 2022, the Consulate General of Mexico was notified of AGUILAR's arrest. An immigration detainer will also be filed with the U.S. Marshals Service on February 18, 2022.

Based upon the information set forth above, there is probable cause to believe that AGUILAR has illegally re-entered the United States in violation of 8 U.S.C. § 1326(a) & (b)(1).

_____
Santiago Velazquez
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn before me the 18th day of February 2022.

_____
HONORABLE RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE